Robert L. Richmond – ABA 70110069
Kenneth M. Gutsch - ASBA 8811186
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-5727
Facsimile : (907) 276-2953
E-mail: brichmond@richmondquinn.com
E-mail: kgutsch@richmondquinn.com
Attorneys for Alaska Gold Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT NOME

| | |
|---|---|
| MICHELE S. KAHLE, Personal Representative of the Estate of Tyler Thomas Kahle,<br><br>    Plaintiff,<br><br>v.<br><br>ALASKA GOLD COMPANY, an Alaskan Corporation,<br><br>    Defendant. | Case No. 2:09-CV_____ |

## NOTICE OF REMOVAL

TO:  The United States District Court
    For the District of Alaska

AND TO: Michele S. Kahle
    Personal Representative
    525 Theiler Drive
    Tomahawk, WI 54487

  You are hereby notified that, pursuant to 28 U.S.C. §§ 1332(a)(1), 1441 and 1446, the above defendant, ALASKA GOLD COMPANY, has this day filed in the United States District Court for the District of Alaska this

Notice of Removal of the following action: *Michele S. Kahle, Personal Representative of the Estate of Tyler Thomas Kahle v. Alaska Gold Company*, filed in the Superior Court for the State of Alaska, Second Judicial District at Nome, Case No. 2NO-09-182 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court for the Second Judicial District at Nome, and that said action has thereby been removed from the Superior Court to the United States District Court. See Exhibit A (Notice of Removal to United States District Court).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1332(a)(1), 1441 and 1446. By information and belief, Plaintiff is a resident of the State of Wisconsin. (Complaint at ¶ 1); Defendant was incorporated in Delaware with its principal place of business in Alaska. Plaintiff's complaint claims in excess of $2,500,000 in damages.

This Notice of Removal is being filed within thirty days after initial receipt of the Complaint and is therefore timely filed under 28 U.S.C. § 1446(b).

Based on diversity of citizenship, this Court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

/

/

/

NOTICE OF REMOVAL
Michele S. Kahle, PR of the Estate of Tyler Thomas Kahle v. Alaska Gold Company
Case No. 2NO-09-182 CI
Page 2
Case 2:09-cv-00006-JWS   Document 1   Filed 08/26/09   Page 2 of 3

DATED this 26th day of August, 2009, at Anchorage, Alaska.

RICHMOND & QUINN

By: /s/ Robert L. Richmond
360 K Street, Suite 200
Anchorage, AK 99501
Telephone: (907) 276-5727
Facsimile : (907) 276-2953
E-mail: rlrichmond@richmondquinn.com
E-mail: kgutsch@richmondquinn.com
Attorneys for Alaska Gold Company

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this 26th day of August, 2009 on:

Michele S. Kahle, Pro Se
525 Theiler Drive
Tomahawk, WI 54487

/s/   RICHMOND & QUINN

2073.077\Pld\Federal Notice of Removal-Alaska Gold Company

NOTICE OF REMOVAL
Michele S. Kahle, PR of the Estate of Tyler Thomas Kahle v. Alaska Gold Company
Case No. 2NO-09-182 CI
Page 3
Case 2:09-cv-00006-JWS   Document 1   Filed 08/26/09   Page 3 of 3